UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGESTONE AMERICAS TIRE      )
OPERATIONS, LLC,               )
                               )
        Plaintiff              )
                               )   No. 3:13-0628
v.                             )   Judge Sharp/Brown
                               )   **Jury Demand**
FEDERAL CORPORATION,           )
                               )
        Defendant              )

**O R D E R**

A telephone conference was held with the parties on August 6, 2014. The parties advised they were in serious settlement discussions and were cautiously optimistic that they would be able to resolve the case.

The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at any time.

If the parties need a modification of the scheduling order, they may either request a telephone conference with me or submit an agreed order, so long as it is consistent with the September 15, 2015, trial date.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge